**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** ∂/11/∂○

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND AND
APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND; TRUSTEES OF THE
NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND; THE CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK; NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                    Petitioners,

v.

JAS CONSTRUCTION CO., INC. *a/k/a*
SUNNY PROFESSIONAL SERVICES,
INC.,

                    Respondent.

No. 20-CV-1001 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. On February 5, 2020, Petitioners

filed a complaint seeking confirmation of an arbitration award.

In this Circuit, confirmation proceedings for arbitration awards must be "treated as akin

to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir.

2006). Accordingly, it is hereby:

ORDERED that Petitioners shall file and serve any additional materials with which they

intend to support their petition for confirmation by February 26, 2020. Such materials shall

include, at minimum, (1) a certified copy of the arbitral award and (2) sworn or certified copies

of the underlying contracts at issue. Respondent's opposition, if any, is due on March 9, 2020. Petitioners' reply, if any, is due on March 23. Petitioners shall serve a copy of this Order on Respondents, and file proof of such service on the docket.

SO ORDERED.

Dated:    February 11, 2020
          New York, New York

Ronnie Abrams
United States District Judge