**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, CARPENTER CONTRACTOR
ALLIANCE OF METROPOLITAN NEW YORK;
and the NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS,

             Petitioners,                        20 **CIVIL** 1001 (RA)

       -against-                             **JUDGMENT**

JAS CONSTRUCTION CO., INC. *a/k/a* SUNNY
PROFESSIONAL SERVICES, INC.,

             Respondents.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 16, 2020, the petition to confirm the arbitration award is granted; judgment is entered in the amount of $4,755.10, plus prejudgment interest calculated at a rate of 7.5% per annum from March 25, 2019 through the date of judgment in this action in the amount of $469.00 and post-judgment interest, in addition, Petitioners' request for attorneys' fees and costs in the amount of $708 and $70, respectfully, is granted; accordingly, this case is closed.

**Dated:**  New York, New York
            July 17, 2020

RUBY J. KRAJICK
_____
Clerk of Court

BY: *[signature: David J. Thomas]*
_____
Deputy Clerk
